MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| DIANA TORRES APARICIO,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:18-cv-00777-SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>**(Doc. 18)** |

    IT IS HEREBY STIPULATED, by and between Diana Torres Aparicio (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of fourteen (14) days to file her Opposition to Plaintiff's Opening Brief.  The current due date is February 8, 2019.  The new date will be February 22, 2019.  An extension of time is needed because the attorney responsible for briefing this case recently returned to full-time duty after an extended medical leave and requires additional time to consider the issues in this case.  This request is made in good faith with no intention to unduly delay the

- 1 -

| | |
|---|---|
| 1 | proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified |
| 2 | accordingly. |

                                           Respectfully submitted,

Date: February 7, 2019                By: */s/ Jonathan Omar Pena* *
                                           JONATHAN OMAR PENA
                                           Attorney for Plaintiff
                                           (*As authorized by e-mail on February 7, 2019)

Date: February 7, 2019                MCGREGOR W. SCOTT
                                           United States Attorney

                                           */s/ Gina Tomaselli*
                                           GINA TOMASELLI
                                           Special Assistant United States Attorney

                                           Attorneys for Defendant

## **ORDER**

    Pursuant to the parties' above "Stipulation for Extension of Time," IT IS HEREBY ORDERED that Defendant shall have until February 22, 2019, to file her response to Plaintiff's Opening Brief.  All other dates in the Scheduling Order (Doc. 7) shall be extended accordingly.

    IT IS SO ORDERED.

    Dated:   **February 8, 2019**                /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE